**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 13, 2022

## LETTER ORDER

Re:   **Milkowski v. Healthcare Revenue Recovery Group, LLC, et al.**
      **Civil Action No. 22-1334 (SDW)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court will conduct a telephone status conference with the parties on **January 12, 2023 at 10:30 AM**. Counsel for Defendant shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**