UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERNARD MILKOWSKI,<br><br>Plaintiff(s),<br><br>-against-<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC; and JOHN DOES 1-25,<br><br>Defendants. | Civil Case No.: 2:22-CV-01334 SDW-JBC<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Stipulation of Dismissal will be filed shortly.

Dated: January 4, 2023

*/s/ Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
Phone: (973) 227-5900
Fax: (973) 244-0019
jkj@legaljones.com

*Attorney for Plaintiff*